**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TRADING CENTRAL CANADA INC.,

     Plaintiff,

  v.               C.A. No. 19-2277-RGA

KAVOUT CORPORATION,

     Defendant.

## MOTION TO WITHDRAW AS COUNSEL

1. Plaintiff Trading Central Canada, Inc. ("TCC") filed this action against Defendant Kavout Corporation ("Kavout") on December 13, 2019. (D.I. 1.)

2. In response to this lawsuit, the Chief Operating Officer of Kavout asked Fish & Richardson P.C. ("Fish") to seek an extension to respond to the Complaint. Fish worked with TCC to file such extension. (D.I. 6.)

4. On December 31, 2019, Fish sent Kavout an engagement letter proposing terms for Fish's expected legal representation of Kavout in this case.

5. Kavout responded the next day, January 1, 2020, rejecting those terms and proposing a counteroffer.

6. Fish and Kavout were ultimately unable to come to an agreement. On January 6, 2020, Kavout informed Fish that they had decided to engage different counsel for representation in this case.

7. To date, Kavout has not had any other counsel make an appearance on its behalf in this case. Fish remains the only counsel of record for Kavout despite Kavout's decision not to engage Fish for legal representation in this case.

8.      Because Kavout has yet to have any other counsel make an appearance, Plaintiff continues to request approval from Fish to secure extensions of time to respond to the Complaint. (D.I. 7, 8, 9.)

9.      Fish has not been formally retained by Kavout and the parties were unable to finalize an agreement on the terms of the engagement.

Therefore, for the reasons stated above, we respectfully request that the appearances of Jeremy D. Anderson and Fish & Richardson P.C. be withdrawn as counsel for Defendant Kavout Corporation.

Dated: May 1, 2020                          FISH & RICHARDSON P.C.

                                            */s/ Jeremy D. Anderson*
                                            Jeremy D. Anderson (Bar No. 4515)
                                            222 Delaware Avenue, 17th Floor
                                            Wilmington, DE  19899
                                            Tel: (302) 652-5070
                                            Fax: (302) 652-0607
                                            janderson@fr.com

                                            Neil J. McNabnay
                                            Ricardo J. Bonilla
                                            Collin J. Marshall
                                            FISH & RICHARDSON P.C.
                                            1717 Main Street, Suite 5000
                                            Dallas, Texas 75201
                                            (214) 747-5070 - Telephone
                                            (214) 747-2091 - Facsimile
                                            mcnabnay@fr.com
                                            rbonilla@fr.com
                                            cmarshall@fr.com

                                            ***COUNSEL FOR DEFENDANT***
                                            ***KAVOUT CORPORATION***